# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| HILLER, LLC, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> SUCCESS GROUP, INTERNATIONAL LEARNING ALLIANCE and REBECCA CASSEL, <br><br> Defendants/Counter-Plaintiffs, <br><br> and <br><br> CLOCKWORK IP, LLC, <br><br> Intervenor/Counter-Plaintiff | No. 3:17-cv-743 |

## ORDER TO SUPPLEMENT EMERGENCY MOTION FOR IN-CAMERA REVIEW

Before the Court is Hiller's Emergency Motion to Continue Trial filed November 15, 2018. (ECF No. 194.) Hiller's CEO and President, Jimmy Hiller, has "a severe medical issue involving one of Mr. Hiller's immediate family members" and is not available the week of November 26, 2018 when trial is currently set. The Court orders Hiller to submit more detailed information for an in-camera review by 5:00 p.m. today, Friday November 16, 2018.

**SO ORDERED**, this 16th day of November, 2018.

                                                               /s/ Jon P. McCalla
                                                              JON P. McCALLA
                                                              UNITED STATES DISTRICT JUDGE