UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| HILLER, LLC, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action Number 3:17-CV-00743 |
| SUCCESS GROUP INTERNATIONAL LEARNING ALLIANCE, LLC, and REBECCA CASSEL, | ) ) ) ) | Judge Jon Phipps McCalla<br>Magistrate Judge Jeffery S. Frensley |
| Defendants. | ) ) | |
| and | ) ) | |
| CLOCKWORK IP, LLC, | ) ) | |
| Intervenor/Counter-Plaintiff. | ) | |

**JOINT SUBMISSION REGARDING CALCULATION OF JUDGMENT**

On August 6, 2021, the Court ordered the parties to submit a Joint Calculation of Judgment, which accounts for a $151,609 attorneys' fees award plus interest to be effective September 1, 2021. [ECF 328]. In accordance with that Order, the parties submit that the interest on the attorneys' fees awarded is $7.99, which added to the $151,609 fees award, results in a total of $151,616.99. Plaintiff, Hiller, LLC ("Hiller") submits this amount as the total judgment to which it is entitled.

Clockwork IP, LLC ("Clockwork") respectfully requests that the Court offset the $151,616.99 award by $17,970, which reflects costs that Clockwork incurred as a result of Hiller's request to continue the original November 2018 trial date. The Court has previously found that Clockwork is entitled to recover costs incurred as a result of that continuance, asking

only that the parties submit briefing on the amount. (ECF 215-6 Hr'g Tr.). Clockwork's pending Motion for Cost Shifting Due to Continuance provides facts and evidence that supports its requested $17,970. (ECF No. 213; ECF No. 214). With the offset, Clockwork submits that the total judgment to which Hiller is entitled is $133,646.99.

For the reasons stated in its opposition to Clockwork's cost-shifting motion, Hiller believes that no offset of the Court's attorney-fee award is appropriate. Should the Court entertain Clockwork's request to offset the award of attorney fees by some amount of costs, however, Hiller submits that any offset be limited to the amount of $5,970 for the reasons set forth in its opposition to Clockwork's pending motion. Dkt. 216 at 3.

Date: September 1, 2021

/s/ *Jason P. Stearns*
Wendy V. Miller, TN #023500
John G. Harrison, TN #027004
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615.254.1900
Facsimile: 615.254.1908
Email: Wendy.Miller@ogletree.com
Email: John.Harrison@ogletree.com

Local Counsel for Plaintiff/Counter Defendant

Jeffrey J. Catalano (*pro hac vice*)
Jennifer Fitzgerald (*pro hac vice*)
**FREEBORN & PETERS LLP**
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: 312.360.6000
Email: jcatalano@freeborn.com
Email: jfitzgerald@freeborn.com

Jason P. Stearns (*pro hac vice*)
**FREEBORN & PETERS LLP**
201 North Franklin Street, Suite 3550
Tampa, FL 33602
Telephone: 813.488.2920
Email: jstearns@freeborn.com
Lead Counsel for Plaintiff/Counter Defendant

_/s/_ *Lucy Jewett Wheatley*
John E. Joseph (TN Bar No. 030930)
McGuireWoods LLP
260 Forbes Avenue
Suite 1800
Pittsburg, Pennsylvania 15222
412-667-6000
jejoseph@mcguirewoods.com


Lucy Jewett Wheatley (*pro hac vice*)
Amanda L. DeFord (*pro hac vice*)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
804-775-1000
lwheatley@mcguirewoods.com
adeford@mcguirewoods.com

*Counsel for Intervenor Clockwork IP, LLC*